DOA 6-13-2025

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>Yael Jesus DORANTES-Vargas<br>                    Defendant. | Case No.:  25MJ8533-LR<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 18, U.S.C. § 1546, False Personation in Immigration Matters (Felony)<br><br>Title 18, U.S.C. § 1001, False Statement to a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about June 13, 2025 within the Southern District of California, defendant, Yael Jesus DORANTES-Vargas, when applying for admission to the United States, did knowingly personate another, and evade and attempt to evade the immigration laws by appearing under an assumed and fictitious name without disclosing his true identity, to wit, defendant presented a California Identification card bearing the name with the initials A.A.C. to a Customs and Border Protection Officer at the Calexico, California West Port of Entry; in violation of Title 18, United States Code, Section 1546.

<u>Count 2</u>

On or about June 13, 2025 within the Southern District of California, Defendant, Yael Jesus DORANTES-Vargas, in a matter within the jurisdiction of the United States Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to material fact in that he did represent and state to the United States Customs and Border Protection Officer, as Defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

And the complainant states that this complaint is based on the attached Probable Cause, which is incorporated herein by reference.

*Diana Lewenthal*
Diana Lewenthal Enforcement Officer
United States Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th day of June 2025.

HON. LUPE RODRIGUEZ, JR
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Yael Jesus DORANTES Vargas

## PROBABLE CAUSE STATEMENT

The complainant states this complaint is based upon the reports of the apprehending officers and the investigation conducted by United States Customs and Border Protection (CBP) Officer A. Cervantes Marin that defendant Yael Jesus DORANTES Vargas (DORANTES) was arrested at the Calexico, California West Port of Entry on June 13, 2025.

On June 13,2025 at approximately 7:00 P.M DORANTES applied for admission into the United States from Mexico at the Calexico, California West Port of Entry through pedestrian primary lanes. Upon inspection before United States Customs and Border Protection (CBP) Officer Ferrer, DORANTES presented a California Identification card bearing the name A.A.C as his entry document. CBP Officer Ferrer received a negative oral declaration from DORANTES. CBP Officer Ferrer referred DORANES to the pedestrian secondary office for possible imposter.

In Pedestrian Secondary Inspection, DORANTES admitted his identity. DORANTE'S fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS results revealed no previous immigration violations.

1  Record checks confirmed DORANTES does not possess legal documents to enter or be in

2  the United States.

3

4  DORANTES was advised of his Miranda Rights to which he stated he understood

5
6  his rights and was willing to answer questions without the presence of an attorney.

7  DORANTES stated his friend "Sergio" found a document while he was in the United States

8  and gave it to him. DORANTES stated he had been telling his friend he wanted to cross

9
10  to the United Stated but could not afford to pay a smuggler. DORANTES stated once he

11  was in possession of the document, he began to search information online pertaining to the

12  document such as name of the city, address and checking how far was Hemet, CA from the

13
14  port of entry. DORANTES stated he was going to give his friend $500 dollars for providing

15  him with a document. DORANTES stated he arrived at Mexicali, MX by airplane from

16  Guerrero, Mexico. DORANTES stated he was born in Hemet, CA. DORANTES stated

17
18  once he made it across, he was going to contact his friends who illegally reside in Bronx

19  NY to help him arrange his travel to either Bronx or Manhattan, New York.

20  Official records confirmed DORANTES is an alien, native, and citizen of Mexico,

21
22  with no legal documentation to enter or be in the United States. There is no evidence

23  showing DORANTES have applied for and sought or received permission from the United

24  States Attorney General or the Secretary of the Department of Homeland Security to enter

25
26  the United States.

27

28

1
2
3   EXECUTED ON THIS 14TH DAY OF JUNE 2025, AT APPROXIMATELY 5:36 A.M.
4
5
6   _____
7   Alonso Cervantes Marin / U.S. Customs and Border Officer
8   On the basis of the facts presented in the Probable Cause Statement consisting of **3**
9   page(s), I find probable cause to believe that the defendant named therein committed the
10  offense on June 13, 2025, in violation of Title 18 USC 1546 and Title 18 USC 1001.
11
12  _____            June 14, 2025 / 4:06 p.m.
13  HON. MICHELLE M. PETTIT                       DATE / TIME
    U.S. MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5